IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:01-CR-00237 |
| | : | |
| v. | : | Judge Yvette Kane |
| | : | |
| | : | (ELECTRONICALLY FILED) |
| KEITH SHEARER | : | |

## CERTIFICATE OF CONCURRENCE

I, Thomas A. Thornton, of the Federal Public Defender's Office certify that on November 18, 2004, Assistant United States Attorney Martin C. Carlson  and he stated that the government would concur in the foregoing motion.


Date:  November 18, 2004         /s/ Thomas A. Thornton
                                 THOMAS A. THORNTON, ESQUIRE
                                 Asst. Federal Public Defender
                                 Attorney ID #PA44208
                                 100 Chestnut Street, Suite 306
                                 Harrisburg, PA 17101
                                 Tel No: (717) 782-2237
                                 Fax No: (717) 782-3881
                                 E-mail:   Thomas_Thornton@fd.org
                                 Attorney for Keith Shearer