IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:01-CR-00237 |
| : | |
| v.   : | Judge Yvette Kane |
| : | |
| : | |
| KEITH SHEARER : | |

### ORDER OF COURT

AND NOW this _____ day of November, 2004, upon consideration of the within Motion to Continue Sentencing and, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.  Sentencing in the above-captioned action is rescheduled from November 22, 2004 to _____ in Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

BY THE COURT:

_____
YVETTE KANE
UNITED STATES DISTRICT COURT JUDGE