IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:01-CR-00237 |
| | : | |
| v. | : | Judge Yvette Kane |
| | : | |
| | : | |
| KEITH SHEARER | : | |

## ORDER OF COURT

AND NOW this 18th  day of November, 2004, upon

consideration of the within Motion to Continue Sentencing and, **IT IS HEREBY**

**ORDERED** that the motion is **GRANTED**.  Sentencing  in the above-captioned

action is rescheduled from November 22, 2004  to January 31, 2005, at 3:30 p.m.

in Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets,

Harrisburg, Pennsylvania.

BY THE COURT:


s/ Yvette Kane
YVETTE KANE
UNITED STATES DISTRICT COURT  JUDGE