IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:01-CR-00237 |
| v.  : | Judge Yvette Kane |
| : | |
| KEITH SHEARER : | |

## ORDER OF COURT

AND NOW this 27th day of January, 2005, upon consideration of the within Motion to Continue Sentencing and, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Sentencing in the above-captioned action is rescheduled from January 31, 2005 to March 14, 2005, at 2:30 p.m. in Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

BY THE COURT:

s/ Yvette Kane
YVETTE KANE
UNITED STATES DISTRICT COURT JUDGE