UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## N O T I C E

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | 1:CR-01-237 |
| V. | : | |
| | : | |
| KEITH SHEARER | : | |

Type of Case:
    ( ) Civil        (X) Criminal

(XX) TAKE NOTICE that the proceeding in this case has been **RESCHEDULED** for the place, date and time set forth below:

U.S. Courthouse
Federal Building
228 Walnut Street
Harrisburg, PA 17108

Courtroom #4
Eighth Floor
**March 14, 2005**
At **2:00 p.m.**

TYPE OF PROCEEDING:    **SENTENCING**

MARY E. D'ANDREA, CLERK

_/s/ Kevin J. Neary_
Kevin J. Neary, Deputy Clerk

DATED:  March 9, 2005

To:  Hon. Yvette Kane
     Martin C. Carlson, AUSA
     Thomas A. Thornton, AFPD
     U.S. Marshal
     U.S. Probation
     Court Reporter
     File