UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## N O T I C E

| UNITED STATES OF AMERICA | : | CASE NO. |
| --- | --- | --- |
|  | : | 1:CR-01-237 |
| V. | : |  |
|  | : |  |
| KEITH SHEARER | : |  |

Type of Case:
   ( ) Civil         (X) Criminal

(XX) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | Courtroom #4 |
| Federal Building | Eighth Floor |
| 228 Walnut Street | **March 22, 2005** |
| Harrisburg, PA  17108 | At **1:30 p.m.** |

TYPE OF PROCEEDING:     **PRE-SENTENCING CONFERENCE**

MARY E. D'ANDREA, CLERK

*Shawna L. Cihak*
Shawna L. Cihak, Deputy Clerk

DATED:  March 16, 2005

To:   Hon. Yvette Kane
      Martin C. Carlson, AUSA
      Thomas A. Thornton, AFPD
      U.S. Marshal
      U.S. Probation
      Court Reporter
      File