UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| V. | : | 1:CR-01-237 |
| KEITH SHEARER | : | |

Type of Case:
( ) Civil    (X) Criminal

(XX) TAKE NOTICE that the proceeding in this case has been **RESCHEDULED** for the place, date and time set forth below:

U.S. Courthouse
Federal Building
228 Walnut Street
Harrisburg, PA   17108

Courtroom #4
Eighth Floor
**April 1, 2005**
At **1:30 p.m.**

TYPE OF PROCEEDING:    **SENTENCING**

MARY E. D'ANDREA, CLERK

_/s/ Shawna L. Cihak_
Shawna L. Cihak, Deputy Clerk

DATED:  March 16, 2005

To:  Hon. Yvette Kane
     Martin C. Carlson, AUSA
     Thomas A. Thornton, AFPD
    ✓U.S. Marshal
     U.S. Probation
    ✓Court Reporter
     File