UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## N O T I C E

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | 1:CR-01-237 |
| V. | : | |
| | : | |
| KEITH SHEARER | : | |

Type of Case:
   ( ) Civil           (X) Criminal

(XX) TAKE NOTICE that the proceeding in this case has been **RESCHEDULED** for the place, date and time set forth below:

U.S. Courthouse                      Courtroom #4
Federal Building                     Eighth Floor
228 Walnut Street                  **March 29, 2005**
Harrisburg, PA 17108            At **1:30 p.m.**

TYPE OF PROCEEDING:      **PRE-SENTENCING CONFERENCE**

MARY E. D'ANDREA, CLERK

/s/ Shawna L. Cihak, Deputy Clerk

DATED: March 16, 2005

To:  Hon. Yvette Kane
     Martin C. Carlson, AUSA
     Thomas A. Thornton, AFPD
     U.S. Marshal
     U.S. Probation
     Court Reporter
     File