UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## N O T I C E

| UNITED STATES OF AMERICA | : | CASE NO. |
| --- | --- | --- |
|  | : | 1:CR-01-237 |
| V. | : |  |
|  | : |  |
| KEITH SHEARER | : |  |

Type of Case:
    ( ) Civil          (X) Criminal

(XX) TAKE NOTICE that the proceeding in this case has been **RESCHEDULED** for the place, date and time set forth below:

U.S. Courthouse          Courtroom #4
Federal Building          Eighth Floor
228 Walnut Street          **April 12, 2005**
Harrisburg, PA   17108          At **1:30 p.m.**

TYPE OF PROCEEDING:      **PRE-SENTENCING CONFERENCE**

MARY E. D'ANDREA, CLERK

/s/ Shawna L. Cihak
Shawna L. Cihak, Deputy Clerk

DATED:   March 25, 2005

To:   Hon. Yvette Kane
       Martin C. Carlson, AUSA
       Thomas A. Thornton, AFPD
       U.S. Marshal
       U.S. Probation
       Court Reporter
       File