UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## N O T I C E

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | 1:CR-01-237 |
| V. | : | |
| | : | |
| KEITH SHEARER | : | |

Type of Case:
    (  ) Civil          (X) Criminal

(XX) TAKE NOTICE that the proceeding in this case has been **RESCHEDULED** for the place, date and time set forth below:

U.S. Courthouse
Federal Building
228 Walnut Street
Harrisburg, PA   17108

Courtroom #4
Eighth Floor
**April 20, 2005**
At <u>**1:30 p.m.**</u>

TYPE OF PROCEEDING:     **SENTENCING**

MARY E. D'ANDREA, CLERK

Shawna L. Cihak, Deputy Clerk

DATED:   March 25, 2005

To:   Hon. Yvette Kane
      Martin C. Carlson, AUSA
      Thomas A. Thornton, AFPD
      U.S. Marshal
      U.S. Probation
      Court Reporter
      File