IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
vs. : CRIMINAL NO. 1:01-CR-237
:
KEITH SHEARER :
:
:

## VOLUNTARY SURRENDER FOR SERVICE OF TERM OF IMPRISONMENT

The Court, pursuant to 18 U.S.C. 3143, hereby finds by clear and convincing evidence that the above-named defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pursuant to Section 3142(b) or (c). The court hereby orders that the defendant, having been sentenced in the above case, to the custody of the Attorney General, shall surrender himself to the Attorney General at 1:00 p.m. on _May 18, 2005_ by reporting to an institution to be designated by the Federal Bureau of Prisons. The defendant s shall contact the U.S. Marshal's Office no later than three days prior to the above date, to be notified of the place on confinement. It is further ordered that, pending surrender, the conditions of release previously set shall remain in effect.

Date : _April 21, 2005_                         Yvette Kane, District Judge
                                                _____

Acknowledgment:

I agree to report as directed in this order and understand that if I fail to do so, I am subject to a revocation of release, an Order of detention and a prosecution for contempt of court which is punishable by imprisonment, a fine or both.

_____                         _____
Defense Counsel                                 Defendant