# NOTICE OF APPEAL TO
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### U.S. District Court - Middle District of Pennsylvania  (Harrisburg)

FULL CAPTION IN DISTRICT COURT:    Circuit Court Docket No. _____

UNITED STATES OF AMERICA            District Court
                                    Docket No. _____ 1:01-CR-00237 _____

       v.

                                    District Court
KEITH SHEARER                       Judge _____ Yvette Kane _____


       Notice is hereby given that _____ Keith Shearer _____ appeals to the
United States Court of Appeals for the Third Circuit from [X] Judgment; [ ] Order;
[ ] Other (Specify) _____ entered in this action
on ___ April 21, 2005 ___.


DATED: April 29, 2005

s/ Ronald A. Krauss, Esquire          Martin C. Carlson, Esquire
(Counsel for Appellant)               (Counsel for Appellee)

Federal Public Defender's Office      United States Attorney's Office
Attorney ID #PA47938                  228 Walnut Street, Room 220
100 Chestnut Street, Suite 306        Harrisburg, PA 17108
Harrisburg, PA 17108                  (717) 221-4482
Tel. No. (717) 782-2237               (Martin.Carlson@usdoj.gov)
Fax No. (717) 782-3881
(ronald_krauss@fd.org)
Attorney for Keith Shearer

## <u>CERTIFICATE OF SERVICE</u>

I, Ronald A. Krauss of the Federal Public Defender's Office, do hereby

certify that I served a copy of the **NOTICE OF APPEAL** via Electronic Case

Filing, or by placing a copy in the United States mail, first class in Harrisburg,

Pennsylvania, addressed to the following:

        Martin C. Carlson, Esquire
        United States Attorney's Office
        ██████████████████████
        ████████████████
        ███████████████████

        Keith Shearer
        ██████████████
        ████████████

Date: April 29, 2005        s/ Ronald A. Krauss, Esquire
                      Asst. Federal Public Defender
                      Attorney ID # PA47938
                      100 Chestnut Street, Suite 306
                      Harrisburg, PA 17101
                      Tel. No. (717) 782-2237
                      Fax No. (717) 782-3881
                      (ronald_krauss@fd.org)
                      Attorney for Keith Shearer