AO 245 B (Rev. 12/03) Judgment in a Criminal Case, Sheet 2 - Imprisonment

Defendant: Keith Shearer    Judgment-Page 2 of 6
Case Number: 1:01-CR-237

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  8 (eight) months .

[X] The court makes the following recommendations to the Bureau of Prisons: that the defendant be designated to FCI Schuylkill.

[ ] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at_____a.m./p.m. on_____.
    [ ] as notified by the U.S. Marshal.
[X] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [X] before 2 p.m. on  May 18, 2005  .
    [ ] as notified by the United States Marshal.
    [ ] as notified by the probation office.
    [ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

**FILED**
HARRISBURG, PA

JUN 0 7 2005

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

Defendant delivered on  V/S 5-18-05  to  Warden  at  FCI Loretto, PA , with a certified copy of this judgment.

BOP
~~United States Marshal~~

_____
Deputy Marshal