# FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF PENNSYLVANIA
100 CHESTNUT STREET, SUITE 306
HARRISBURG, PENNSYLVANIA 17101-2540
TELEPHONE: (717) 782-2237
FAX: (717) 782-3881

FEDERAL PUBLIC DEFENDER
JAMES V. WADE

ASSISTANT FEDERAL DEFENDERS
LORI J. ULRICH
THOMAS A. THORNTON
RONALD A. KRAUSS
FREDERICK W. ULRICH

October 3, 2005

Clerk of the Courts
United States District Court
Middle District of Pennsylvania
Federal Building & Courthouse
228 Walnut Street
Harrisburg, PA 17108

    RE: *United States v. Keith Shearer*
         *Case No: 1:01-CR-00237*

Dear Clerk:

Enclosed please find a copy of a letter I have received from the Pennsylvania Fish and Boat Commission confirming that Keith Shearer has paid his restitution of $450.62 in full.

Should you have any questions, please feel free to contact my office.

Thank you.

                                      Sincerely,

                                      Thomas A. Thornton
                                      Asst. Federal Public Defender

TAT:lcs
Enclosures



# Pennsylvania Fish & Boat Commission

*established 1866*

**Bureau of Law Enforcement**
**Southcentral Region**
1704 Pine Road
Newville, PA 17241
*(717) 486-7087   Fax: (717) 486-8227*

September 21, 2005

Thomas A. Thornton
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 306
Harrisburg, PA 17101-2540



Dear Mr. Thornton:

    I am writing in response to your September 15, 2005 letter regarding the court ordered restitution payment received from Keith Shearer's family. We received personal check number 2643 payable to the PA Fish and Boat Commission in the amount of $450.62.

    The court order, along with the restitution received, has enabled us to close the incident report designated OCA 67-007-98. I have enclosed a copy of the check for your records.

    Please let me know if you require anything additional regarding this matter.

Sincerely,

Donald L. Lauver
Region Manager

Encl.
cc: rrf
    hrf



**Our Mission:**   www.fish.state.pa.us

*To provide fishing and boating opportunities through the protection and management of aquatic resources.*


