# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:CR-01-237** |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **KEITH SHEARER** | : | |

## ORDER

**AND NOW**, this 19th day of December, 2005, upon consideration of Petitioner's Emergency Motion for Modification of Sentence, **IT IS HEREBY ORDERED THAT** said Motion is DENIED.

          S/ Yvette Kane
Yvette Kane
United States District Judge