PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA
### Report on Offender Under Supervision

**Name of Offender:** Keith Shearer  **Case Number:** 1:CR-01-237-01
**Name of Sentencing Judicial Officer:** The Honorable Yvette Kane, Chief U.S. District Judge
**Date of Original Sentence:** April 20, 2005
**Original Offense:** False Statement to Social Security - 42 USC § 1383a(a)(3)
**Original Sentence:** 8 months imprisonment, 2 years supervised release, $5,000 fine and $450.62 restitution
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** January 16, 2006

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

General Condition   **"The defendant shall not commit another federal, state, or local crime."**

On July 5, 2007, the West Manchester Township Police Department issued two non-traffic citations to the offender charging him with two counts of harassment. It is alleged that on July 3, 2007, Mr. Shearer slapped Kerry Webber, age fifteen, and grabbed and scratched Beau Webber, age eleven. The offender adamantly denies any misconduct and stated he will contest the charges before District Justice Daniel Garber, York. Mr. Shearer related that the boys' mother and step-father briefly lived on his farm in exchange for their labor. Reportedly, the boys lived with their father in Waynesboro, Pennsylvania, and intermittently stayed with their mother on the offender's farm. Mr. Shearer stated that the boys were completely out-of-control and often damaged and vandalized his property and farm equipment. The offender advised that he had admonished the boys for the misbehavior, but asserted he never had any physical contact with them.

Report on Offender
Under Supervision
Page 2

**U.S. Probation Officer Action:**

Our office is reporting the new charges to the Court as required, and may request violation action in the future. However, at this time, we are requesting that no immediate action be taken. This will enable us to further assess the allegations and the appropriateness of violation action. In the meantime, our office will continue to monitor Mr. Shearer's situation as well as the status of the new charges.

                                Respectfully submitted,

        by     William S. Gottlieb
                  Senior U.S. Probation Officer
                  Date: July 18, 2007

---

[✓] Recommendation Approved
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

                              Yvette Kane, Chief U.S. District Judge

                              10 Aug 07
                              Date